# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GERALD STEVEN: LEPRE IN ESSE AND SUI JURIS, CLAIMANT IN LAW, | : | No. 174 MM 2018 |
| Petitioner | : | |
| v. | : | |
| PAUL J. WARE, IN HIS OFFICIAL AND PRIVATE CAPACITY AND THE COMMONWEALTH OF PENNSYLVANIA, T/D/B/A UNIFIED JUDICIAL SYSTEM, AND THE T/D/B/A DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER'S LICENSING, FOREIGN CORPORATE JURISDICTION AND VENUE, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 18th day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the "Original Writ of Mandamus in the Nature of Equity" is DENIED.  The Prothonotary is DIRECTED to strike the name of the jurist from the caption.